**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IMELDA BUSTOS-PENA, individually | ) Case No. 2:15-cv-01451- |
| Plaintiff, | ) ) ) **ORDER** |
| v. | ) ) |
| THE UNITED STATES OF AMERICA; THE HERTZ CORPORATION, a Delaware Corporation; DOES I – X; and ROE CORPORATIONS I – X, inclusive, | ) ) ) ) ) |
| Defendants. | ) |

THIS COURT, having been fully apprised that the United States Attorney for the District of Nevada has certified that the individual defendant, Harold G. Woomer, Jr., was acting within the scope of federal employment or office at the time of the events alleged in the complaint, and the Court having been apprised of the substitution of the United States as defendant for the asserted tort claims by operation of law pursuant to 28 U.S.C. § 2679(d)(2),

**IT IS HEREBY ORDERED** that pursuant to 28 U.S.C. § 2679(b)(1), (d)(2), Harold G. Woomer, Jr., is dismissed from this action on the grounds that the exclusive remedy for tort claims, which arise from the negligent or wrongful acts or omissions of federal employees acting within the scope of their office or employment, is an action against the United States, and the United States has been substituted for Harold G. Woomer, Jr., as the defendant for such tort claims.

**IT IS FURTHER ORDERED** that the caption for this action is hereby modified to reflect the substitution of the United States as the federal defendant in this matter.

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED:** 07/31/2015.