Shayne L. Wulterin, Esq., Bar No. 7565
Marc C. Naron, Esq., Bar No. 11665
Renee E. Jensen, Esq., Bar No. 6001
rjensen@fwhb.com
FORD, WALKER, HAGGERTY & BEHAR
8215 South Eastern Avenue, Suite 225
Las Vegas, Nevada 89123
(702) 724-2699, fax (702) 912-1352

FORD, WALKER, HAGGERTY & BEHAR
One World Trade Center
Twenty-Seventh Floor
Long Beach, California 90831-2700
(562) 983-2500

Attorneys for Defendants, THE HERTZ CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IMELDA BUSTOS-PENA, individually;<br><br>Plaintiff,<br><br>vs.<br><br>HAROLD G. WOOMER, JR., individually;<br>THE HERTZ CORPORATION, a Delaware<br>Corporation; DOES I – X; and ROE<br>CORPORATIONS I – X, inclusive,<br><br>Defendants. | CASE NO. 2:15-cv-01451-GMN-PAL |

<u>STIPULATION AND ORDER TO DISMISS THE</u>

<u>HERTZ CORPORATION WITHOUT PREJUDICE</u>

IT IS HEREBY STIPULATED AND AGREED, by and between all the parties hereto, that

///

///

1

1  Defendant THE HERTZ CORPORATION, shall be dismissed without prejudice, with all parties to
2  bear their own attorneys fees and costs.

Dated: **8/30/16**

GLEN LERNER INJURY ATTORNEYS

BY: _____
    Justin G. Randall, Esq., Bar No. 12476
    Attorneys for Plaintiff,
    IMELDA BUSTOS-PENA

Dated: August 30, 2016

FORD, WALKER, HAGGERTY & BEHAR

BY: _/s/ Shayne L. Wulterin_____
    Shayne L. Wulterin, Esq., Bar No. 7565
    Marc C. Naron, Esq., Bar No. 11665
    Renee E. Jensen, Esq., Bar No. 6001
    Attorneys for Defendant,
    THE HERTZ CORPORATION

Dated: September 1, 2016

IT IS SO ORDERED:

_____
Gloria M. Navarro, Chief Judge
United States District Court

111\15\016\Pleadings\Stip to Dismiss.doc

2

# CERTIFICATE OF SERVICE

The foregoing **STIPULATION AND ORDER TO DISMISS THE HERTZ CORPORATION WITHOUT PREJUDICE** was electronically submitted to be electronically served through the Court's e-service system on August 31, 2016 and service will be made to everyone on the e-service list including but not limited to the following counsel for the parties:

Attorneys for Plaintiff Imelda Bustos-Pena

Justin G. Randall, Esq.
GLEN LERNER INJURY ATTORNEYS
4795 S. Durango Drive
Las Vegas, Nevada 89147
(702) 877-1500
jrandall@glenlerner.com

Attorney for Defendant United States of America

Daniel G. Bogden, Esq.
United States Attorney
Patrick A Rose, Esq.
Assistant U.S. Attorney's Office
333 Las Vegas Blvd., South, Suite 5000
Las Vegas, NV 89101
702-388-6336; 702-388-6735 Fax
Patrick.Rose@usdoj.gov

_____
An employee of FORD, WALKER, HAGGERTY & BEHAR

1